UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREEMAH BELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 1368 |
| NATOSHA DORCEY, | ) ) ) |
| Defendant. | ) |

FILED
AUG - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint for lack of jurisdiction.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint alleges an assault by a homeless woman in a shelter, a matter that is not governed by federal law.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and where there is complete diversity of citizenship among the parties. *See* 28 U.S.C. § 1332(a). Here it appears that both the plaintiff and the defendant are citizens of the District of Columbia, and therefore, complete diversity of citizenship among the parties is lacking. Furthermore, the plaintiff does not state an amount in controversy.

Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: July 29, 2008

United States District Judge