```
                                                                FILED
           UNITED STATES DISTRICT COURT                       AUG - 6 2008
           FOR THE DISTRICT OF COLUMBIA
                                                         NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT
```

KAREEMAH BELL, )
)
      Plaintiff, )
)
v. ) Civil Action No. 08 1368
)
NATOSHA DORCEY, )
)
      Defendant. )

## DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

                                                                         /s/

Date: July 29, 2008                                 United States District Judge

